FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0278

_____

CHASE MONAGHAN, CODY MONAGHAN,
and MAGGIE MONAGHAN,

     Petitioners,

    v.                                                                    O R D E R

MONTANA FIFTH JUDICIAL DISTRICT
COURT, HON. LUKE BERGER, Presiding,

     Respondent.

_____

Petitioners, the Plaintiffs in Madison County Cause No. DV-29-2022-43, seek a writ of supervisory control to vacate the Fifth Judicial District Court's May 2, 2023 order permitting the defendants to attempt service by publication on a third-party defendant, Zane Monaghan. Plaintiffs assert that the Rules of Civil Procedure plainly do not allow service by publication in this personal injury action and that the District Court is proceeding under a mistake of law that will prejudice them in the underlying case. Having reviewed the petition and exhibits, the Court deems it appropriate to obtain a response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that the Respondent, Defendant and Third-Party Plaintiff Dalton Fish, or both, shall have thirty (30) days from the date of this Order within which to file a summary response to the Petition.

The Clerk is directed to provide notice of this Order to all counsel of record in Fifth Judicial District Court Cause No. DV-29-2022-43 and to the Honorable Luke Berger, presiding Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 23 2023